IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLEN O. MITCHELL, | ) | CASE NO. 4:08CV3230 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, as Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time (Filing No. 17). The Plaintiff requests an extension of time to file his brief, from February 27, 2009, until March 27, 2009. The Plaintiff asserts in his motion that the Defendant's counsel has been contacted and has no objection to an enlargement of time. The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Time (Filing No. 17) is granted;

2. The Plaintiff shall file his brief in support of his appeal on or before March 27, 2009;

3. The Defendant shall file his responsive brief on or before April 27, 2009; and

4. This case will be ripe for decision on April 28, 2009.

DATED this 26th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge