IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GLEN O. MITCHELL,** | ) | **CASE NO. 4:08CV3230** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 21). The Defendant requests an extension of time to file his brief, from April 27, 2009, until May 27, 2009. The Court notes that the Plaintiff was granted an extension in this matter before filing his initial brief on March 27, 2009. The Court finds the Defendant's motion should be granted.

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time (Filing No. 21) is granted;

2. The Defendant shall file his responsive brief on or before May 27, 2009; and

3. This case will be ripe for decision on May 28, 2009.

DATED this 24th day of April, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge